# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **PACKET TREAD LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CHELTON, INC. DBA COBHAM ANTENNA SYSTEMS,**<br><br>　　　　**Defendant** | **No. 5:17-cv-1-JRG-CMC**<br>**LEAD CASE** |
| **PACKET TREAD LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**PATTON ELECTRONICS CO.,**<br><br>　　　　**Defendant.** | **No. 5:17-cv-15-JRG-CMC**<br>**CONSOLIDATED CASE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Packet Tread LLC and Defendant Patton Electronics Co. file this Joint Motion to Dismiss With Prejudice all claims pending in Consolidated Case No. 5:17-cv-15-JRG-CMC against Defendant Patton Electronics Co. Each party respectfully requests that they bear their own attorneys' fees and costs, all relief not previously granted be denied as moot, and Consolidated Case No. 5:17-cv-15-JRG-CMC be closed. A proposed order is attached.

| | |
|---|---|
| Dated: July 7, 2017 | Respectfully submitted |
| | |
| */s/ Peter J. Corcoran, III* | */s/ Shaun W. Hassett* |
| Peter J. Corcoran, III | Shaun W. Hassett (SBN 24074372) |
| Texas State Bar No. 24080038 | **MCGUIREWOODS LLP** |
| **CORCORAN IP LAW PLLC** | 2000 McKinney Avenue |
| 2019 Richmond Road, Suite 380 | Suite 1400 |
| Texarkana, Texas 75503 | Dallas, Texas 75201 |
| Tel: 903.701.2481 | Tel: (214) 932-6400 |
| Fax: 844.362.3291 | Fax: (214) 932-6499 |
| Email: peter@corcoranip.com | shassett@mcguirewoods.com |
| | |
| *Attorney for Plaintiff* | George B. Davis (VA Bar No. 83165) |
| PACKET TREAD LLC | **MCGUIREWOODS LLP** |
| | Gateway Plaza |
| | 800 East Canal Street |
| | Richmond, VA 23219-1129 |
| | Tel: (804) 775-1000 |
| | gdavis@mcguirewoods.com |
| | |
| | *Attorneys for Defendant* |
| | PATTON ELECTRONICS CO. |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on July 7, 2017.

> */s/ Peter J. Corcoran, III*
> Peter J. Corcoran, III