**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **PACKET TREAD LLC,** | |
| **Plaintiff,** | |
| **v.** | **No. 5:17-cv-1-JRG-CMC**<br>**LEAD CASE** |
| **CHELTON, INC. DBA COBHAM**<br>**ANTENNA SYSTEMS,** | |
| **Defendant** | |
| **PACKET TREAD LLC,** | |
| **Plaintiff,** | |
| **v.** | **No. 5:17-cv-3-JRG-CMC**<br>**CONSOLIDATED CASE** |
| **KVH INDUSTRIES, INC.,** | |
| **Defendant.** | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Packet Tread LLC and

Defendants Chelton, Inc., DBA Cobham Antenna Systems and KVH Industries, Inc., file this

Joint Motion to Dismiss With Prejudice Lead Case No. 5:17-cv-1-JRG-CMC and Consolidated

Case No. 5:17-cv-3-JRG-CMC. Each party requests that they bear their own attorneys' fees and

costs, that all relief not previously granted be denied as moot, and that Lead Case No. 5:17-cv-1-

JRG-CMC and Consolidated Case No. 5:17-cv-3-JRG-CMC be closed. A proposed order is

attached.

Dated: July 12, 2017                    Respectfully submitted

*/s/ Peter J. Corcoran, III*             */s/ C. Erik Hawes*
Peter J. Corcoran, III                   C. Erik Hawes (Texas Bar 24042543)
Texas State Bar No. 24080038             Morgan, Lewis & Bockius LLP
CORCORAN IP LAW PLLC                     1000 Louisiana Street, Suite 4000
2019 Richmond Road, Suite 380            Houston, Texas 77002
Texarkana, Texas 75503                   Telephone: 713-890-5000
Tel: 903.701.2481                        Facsimile: 713-890-5001
Fax: 844.362.3291                        erik.hawes@morganlewis.com
Email: peter@corcoranip.com

                                         *Attorney for Defendant*
*Attorney for Plaintiff*                 CHELTON, INC. DBA COBHAM
PACKET TREAD LLC                         ANTENNA SYSTEMS and
                                         KVH INDUSTRIES, INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on July 12, 2017.

*/s/ Peter J. Corcoran, III*
Peter J. Corcoran, III