IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **PACKET TREAD LLC** | § | |
| | § | **No. 5:17CV1-JRG-CMC** |
| V. | § | **LEAD CASE** |
| | § | |
| **CHELTON, INC. DBA COBHAM ANTENNA SYSTEMS** | § § | |

| | | |
|---|---|---|
| **PACKET TREAD LLC** | § | |
| | § | **No. 5:17CV3-JRG-CMC** |
| V. | § | **CONSOLIDATED CASE** |
| | § | |
| **KVH INDUSTRIES, INC.** | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss With Prejudice (Doc. #60). Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff Packet Tread LLC and Defendants Chelton, Inc. DBA Cobham Antenna Systems and KVH Industries, Inc. filed this joint motion to dismiss with prejudice Lead Case No. 5:17cv1 and Consolidated Case No. 5:17cv3. The parties request they be ordered to bear their own attorneys' fees and costs and that Lead Case No. 5:17cv1 and Consolidated Case No. 5:17cv3 be closed.

Accordingly, it is

**ORDERED** the Joint Motion to Dismiss With Prejudice (Doc. #60) is **GRANTED**. The Court further **ORDERS** that Plaintiff's claims against Defendants Chelton, Inc. DBA Cobham Antenna Systems and KVH Industries, Inc. are **DISMISSED** with prejudice, and that all costs and attorney's fees shall be borne by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** Lead Case No. 5:17cv1 and Consolidated Case No.

5:17cv3.

**So ORDERED and SIGNED this 13th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE